IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-437-JLK-KMT**

**SYNOVATE, INC.,**

    Plaintiff,

v.

**KAREN STUTH and**
**THE RESEARCH INTELLIGENCE GROUP, INC.,**

    Defendants.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulation to Dismiss With Prejudice (doc. #25), filed November 24, 2009, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated:  November 24, 2009

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT